UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAN HOWITT,

    Plaintiff,

v.

SOMERVILLE HOUSING AUTHORITY,
CITY OF SOMERVILLE,
HOUSING & URBAN DEVELOPMENT,
BOSTON,

    Defendants.

Civil Action No.

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1442(a)(1), Defendant, the Department of HOUSING & URBAN DEVELOPMENT, BOSTON ("HUD") respectfully files this Notice of Removal from the Massachusetts Trial Court, Superior Court, Suffolk Superior Court, Boston to the United States District Court for the District of Massachusetts.[1] In support of this Notice of Removal, the Defendant states as follows.

**I. BACKGROUND**

1. On June 3, 2025, *pro se* Plaintiff Dan Howitt filed this lawsuit against HUD in the Suffolk Superior Court, Boston, captioned *Dan Howitt v. Somerville Housing Authority, et al.*, No. 2584CV01519. A true and correct copy of the complaint is attached hereto as Exhibit A. In addition, a copy of the state court docket is attached hereto as Exhibit B. The complaint identified

---

[1] By filing this Notice of Removal, the HUD, Boston reserves all rights and waive none, including the right to challenge the complaint on any grounds.

the defendants as Housing and Urban Development, Boston; the Somerville Housing Authority; and the City of Somerville.

2. Defendant, the Department of Housing and Urban Development is a federal agency.

3. The complaint contains allegations of negligence, intentional infliction of emotional distress, and housing discrimination. Plaintiff seeks monetary damages and equitable relief.

4. Plaintiff has not yet properly served the United States Attorney's Office for the District of Massachusetts or the Attorney General of the United States.

## II. GROUNDS FOR REMOVAL

5. This action is removable under 28 U.S.C. § 1442(a)(1)—commonly referred to as the federal officer removal statute—which authorizes "[t]he United States or any agency thereof" to remove a civil action "that is commenced in a State court and that is against or directed to" it. This statute also permits "any officer (or any person acting under that officer) of the United States or of any agency thereof" to remove such an action so long as it is "for or relat[es] to any act under color of such office." *Id.*[2]

6. HUD is an "agency" of the United States and may therefore remove the action to federal court. 28 U.S.C. § 451 (defining agency).[3]

---

[2] The Federal Courts Improvement Act of 1996, 110 Stat. 3850, amended 28 U.S.C. § 1442 "to explicitly permit removal by the United States or by a federal agency itself, in addition to removal by an officer of an agency." 14C Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 3726 (Rev. 4th ed. 2021).

[3] Although a federal *officer* "must both raise a colorable federal defense and establish that the suit is for," or relates to, "an act under color of office" to qualify for removal, *Jefferson Cty., Ala. v. Acker*, 527 U.S. 423, 431 (1999) (citations and alterations omitted), a federal *agency* need not make those showings. *City of Cookeville, Tenn. v. Upper Cumberland Elec. Membership Corp.*, 484 F.3d 380, 389 (6th Cir. 2007) ("any federal agency sued can always remove under § 1442(a)(1) because the 'sued' clause in that provision applies only to federal officers").

## III. COMPLIANCE WITH REMOVAL PROCEDURE

7. The United States District Court for the District of Massachusetts embraces the location where the state court action is pending: the Massachusetts Trial Court, Superior Court, Suffolk County, 28 U.S.C. § 1442(a).

8. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. 28 U.S.C. § 1446(a).

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon the HUD with respect to this action are attached hereto. *See* Exhibit A.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Massachusetts Trial Court, Superior Court, Suffolk County and written notice of the filing of this Notice of Removal will be given to Plaintiff.

11. Pursuant to Local Rule 81.1(a), the HUD will file certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court within 28 days after filing this Notice for Removal.

WHEREFORE, the HUD hereby removes the action now pending in the Massachusetts Trial Court, Superior Court, Suffolk County to this Court and request that this Court accept this Notice of Removal for filing in accordance with the provisions of 28 U.S.C. §§ 1442, 1446.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 3, 2025        By:   */s/ Shawna Yen*
SHAWNA YEN
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3104
Shawna.Yen@usdoj.gov

3

## CERTIFICATE OF SERVICE

       I hereby certify that this document was served by FedEx upon the Plaintiff at the following address:

Dan Howitt
37 Bay State Road #5
Boston, MA 02215


Dated: July 3, 2025                        */s/ Shawna Yen*
                                                  SHAWNA YEN
                                                  Assistant U.S. Attorney