# Exhibit B

# 2584CV01519 Howitt, Dan vs. Somerville Housing Authority et al

- Case Type:
- Actions Involving the State/Municipality
- Case Status:
- Open
- File Date
- 06/03/2025
- DCM Track:
- A - Average
- Initiating Action:
- Tortious Action involving the Commonwealth, Municipality, MBTA, etc.
- Status Date:
- 06/03/2025
- Case Judge:
- 
- Next Event:

| All Information | Party | Tickler | Docket | Disposition |

## Party Information

**Howitt, Dan**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Pro Se |
| | Bar Code |
| | PROPER |
| | Address |
| | Phone Number |

**More Party Information**

**Somerville Housing Authority**
- Defendant

| Alias | Party Attorney |
|---|---|

**More Party Information**

**City of Somerville**
- Defendant

| Alias | Party Attorney |
|---|---|

**More Party Information**

**Housing & Urban Development, Boston**
- Defendant

| Alias | Party Attorney |
|---|---|

**More Party Information**

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 06/03/2025 | 09/02/2025 | 91 | |
| Answer | 06/03/2025 | 10/01/2025 | 120 | |
| Rule 12/19/20 Served By | 06/03/2025 | 10/01/2025 | 120 | |
| Rule 12/19/20 Filed By | 06/03/2025 | 10/31/2025 | 150 | |
| Rule 12/19/20 Heard By | 06/03/2025 | 12/01/2025 | 181 | |
| Rule 15 Served By | 06/03/2025 | 07/28/2026 | 420 | |
| Rule 15 Filed By | 06/03/2025 | 08/27/2026 | 450 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Rule 15 Heard By | 06/03/2025 | 08/27/2026 | 450 | |
| Discovery | 06/03/2025 | 05/24/2027 | 720 | |
| Rule 56 Served By | 06/03/2025 | 06/23/2027 | 750 | |
| Rule 56 Filed By | 06/03/2025 | 07/23/2027 | 780 | |
| Final Pre-Trial Conference | 06/03/2025 | 11/22/2027 | 902 | |
| Judgment | 06/03/2025 | 06/02/2028 | 1095 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/03/2025 | Attorney appearance<br>On this date Pro Se added for Plaintiff Dan Howitt | | |
| 06/03/2025 | Case assigned to:<br>DCM Track A - Average was added on 06/03/2025 | | |
| 06/03/2025 | Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed without Supplemental affidavit<br>Allowed, filing and service fees only. | 1 | |
| 06/03/2025 | Original civil complaint filed. | 2 | Image |
| 06/03/2025 | Civil action cover sheet filed. | 3 | Image |
| 06/03/2025 | Plaintiff Dan Howitt's EMERGENCY Motion for<br>Preliminary Injunction against Somerville Housing Authority & HUD Boston | 4 | Image |
| 06/03/2025 | Exhibits/Appendix<br><br>Exhibits to Emergency Motion for Preliminary Injunction<br><br>Applies To: Howitt, Dan (Plaintiff) | | Image |
| 06/05/2025 | Endorsement on Motion for Preliminary Injunction against Somerville Housing Authority & HUD Boston (#4.0): DENIED<br>Denied without prejudice. On its face, the motion does not establish a basis for immediate relief. Rather, the motion appears to seek the relief ultimately sought in the complaint without a showing of irreparable harm if the relief is not granted now.<br>(dated 6/4/25)<br><br>Notice Sent 6/6/25 | | Image |
| 06/05/2025 | Plaintiff Dan Howitt's EMERGENCY Motion for<br>Reconsideration of Motion for Preliminary Injunction | 5 | Image |
| 06/05/2025 | Plaintiff Dan Howitt's EMERGENCY Motion for<br>Preliminary Injunction Against Somerville Housing Authority & HUD Boston | 6 | Image |
| 06/05/2025 | Exhibits/Appendix | | Image |
| 06/05/2025 | Exhibits/Appendix | | Image |
| 06/05/2025 | Plaintiff Dan Howitt's EMERGENCY Motion for<br>Judge Robert Gordon to Preside Over the Case Due to His Presiding Over the Related Case 2584CV00805 | 7 | Image |
| 06/06/2025 | Plaintiff Dan Howitt's EMERGENCY Motion for<br>Reconsideration of Motion for Preliminary Injunction | 8 | Image |
| 06/06/2025 | Plaintiff Dan Howitt's EMERGENCY Motion for<br>Preliminary Injunction (Amended) | 9 | Image |
| 06/06/2025 | Plaintiff Dan Howitt's EMERGENCY Motion for<br>Judge Robert Gordon to Preside Over this Case due to his Presiding over the Related case 2584cv00805 | 10 | Image |
| 06/06/2025 | Plaintiff Dan Howitt's EMERGENCY Motion to<br>Void Envelope 3836176 | 11 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |