Addendum to Civil Cover Sheet and Category Form for:
<u>Dan Howitt v. Somerville Housing Authority et al.</u>

<u>Pending Motions before State Court (based on state court docket sheet)</u>

1. 6/5/25: Plaintiff's Emergency Motion for Reconsideration of Motion for Preliminary Injunction

2. 6/5/25: Plaintiff's Emergency Motion for Preliminary Injunction Against Somerville Housing Authority & HUD Boston

3. 6/5/25: Plaintiff's Emergency Motion for Judge Robert Gordon to Preside Over the Case Due to His Presiding Over the Related Case.

4. 6/6/25: Plaintiff's Emergency Motion for Reconsideration of Motion for Preliminary Injunction

5. 6/6/25: Plaintiff's Emergency Motion for Preliminary Injunction (Amended)

6. 6/6/25: Plaintiff's Emergency Motion for Judge Robert Gordon to Preside Over the Case Due to His Presiding Over the Related Case.

7. 6/6/25: Plaintiff's Emergency Motion to Void Envelope