IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAN HOWITT,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>SOMERVILLE HOUSING AUTHORITY,<br>ELLIOT KOCH,<br>MCCRIGHT ASSOCIATES,<br><br>   Defendants. | CIVIL ACTION<br>No. 25-cv-11896 (WGY) |

**DEFENDANT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO CONTINUE TRIAL**

  Defendant, United States Department of Housing and Urban Development ("HUD") hereby respectfully submits this Motion requesting that the Court continue the bench trial in this case, which is scheduled to begin on September 18, 2025, at 2:00 p.m., pursuant to the Court's July 22, 2025, orders (ECF #18 & #19).

  Yesterday, the undersigned learned that HUD's key witness, Maura O'Brien, the Acting Director, Office of Public Housing, Boston HUB, will be unavailable for trial on September 18 and 19, 2025, due to a family emergency.

  Accordingly, HUD respectfully requests that the bench trial be rescheduled to a date when Ms. O'Brien will be available to testify, which will be anytime between September 22, 2025, and October 24, 2025 (with the exception of October 2, 3, 9 and 10 when HUD agency counsel is unavailable).

1

                                           Respectfully submitted,

                                           LEAH B. FOLEY
                                           United States Attorney

Dated: September 3, 2025                    By: */s/ Shawna Yen*
                                           SHAWNA YEN
                                           Assistant U.S. Attorney
                                           United States Attorney's Office
                                           1 Courthouse Way, Suite 9200
                                           Boston, MA  02210
                                           617-748-3100
                                           Shawna.Yen@usdoj.gov

## 7.1 CERTIFICATION

     I, Shawna Yen, hereby certify that I emailed Plaintiff regarding this Motion on September 2, 2025, in an attempt to narrow the issues for review.   Plaintiff opposes this Motion.

Dated: September 3, 2025                    By: */s/ Shawna Yen*
                                             SHAWNA YEN
                                           Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF and paper copies to those not registered.

Dated: September 3, 2025                    By: */s/ Shawna Yen*
                                             SHAWNA YEN
                                           Assistant U.S. Attorney