**UNITED STATES DISTRICT COURT MASSACHUSETTS**

Dan Howitt,

      Plaintiff,                                                                    1:25CV11896IT

v

SHA, et al,

      Defendants.

**NOTICE OF:**

**RULE 21 PETITION PER 28 USC S1651 FOR WRIT OF MANDAMUS REGARDING THE ABSENCE OF A RULING ON MY EMERGENCY MOTIONS SINCE JULY 3 2025.**

This is notice that I have filed the above Petition For Writ Of Mandamus in the 1st Circuit Court Of

Appeals.


Submitted by,

Dan Howitt, 3/19/26

**Certificate Of Service:** Today I served this document via efile to the defendants.

1