**US DISTRICT COURT MASSACHUSETTS**

Dan Howitt,
        Plaintiff,                                                1:25CV11896IT
v
HUD et al,
        Defendants.

**MOTION FOR LEAVE TO FILE UNDER SEAL A MEDICAL RECORD, AND ANOTHER MEDICAL ORIENTED DOCUMENT**

      For my Documents 107-108, I ask the court for leave to file two medical documents under seal.

Submitted by,

Dan Howitt, 5/7/26

**Certificate Of Service:**  Today I served this document via efile to the defendants.

1