**US DISTRICT COURT MASSACHUSETTS**

_____

Dan Howitt,

      Plaintiff,                                                                    1:25CV11896IT

v

HUD et al,

      Defendants.
_____

**REPLY TO COURT'S DOCUMENT #121 ORDER**

**1**        I apologize for my unintentional failure to simply complete my discussion about McCright in the causes of action section of my Document #114 third amended complaint.  There, I discuss McCright on Page 4 at #4, and Page 8 at #16, but I did not provide a cause of action for this.  I would like to ask the court for leave to do this.

**2**        The court's above Document #121 order is about my prior second amended complaint, and I would like my above third amended complaint to be my operative one.  I am willing to voluntarily dismiss my claims against McCright that I express in my second amended complaint because my claims there are incomplete and poorly expressed.  The court could take this document of mine as that voluntary dismissal.

**3**        I have been trying as best as I can with my amendments, based on learning about the intricacy of the various laws that are involved, and I apologize for the ongoing changes.  I believe that I am making progress, including refining, and reducing the length of, my presentations to what is relevant.

Submitted by,

_Dan Howitt_

Dan Howitt, 5/21/26
**Certificate Of Service:** Today I served this document via efile to the defendants attorneys.

1