**US DISTRICT COURT MASSACHUSETTS**

---

Dan Howitz,
      Plaintiff,

v

HUD et al,
      Defendants.

1:25CV11896IT

**PLAINTIFF'S FRCP 55(a) MOTION FOR ENTRY OF DEFENDANT SHA'S DEFAULT**

Defendant SHA did not comply with the judge's order (Document 128) to provide an answer to my Document 114, Motion for Leave to File a Third Amended Complaint, "no later than June 19, 2026".  I ask for Defendant SHA's default to be entered, and that a FRCP 55(b) hearing be scheduled.

Defendant SHA (its attorney) is not a service member, nor incarcerated.  As I state in my Motion For Temporary Restraining Order against its attorney, he has, including to today via email, been embarked on a multitude of violations against me.

Entry of default is an interlocutory order — entered in anticipation of a final judgment — formally recognizing that a party has failed to plead or otherwise defend. *United States v. $23,000 in United States Currency*, 356 F.3d 157, 163 (1st Cir. 2004).  Entry of a default formalizes a judicial recognition that a defendant has, through its failure to defend the action, admitted liability to the plaintiff. *City of N.Y. v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 128 (2d Cir. 2011).

Submitted by,

Dan Howitz, 6/22/26

Certificate Of Service: Today I served this document to defendants' attorneys via efile.

1