**CASE NO.1:25-CV-11896-WGY**

**DAN HOWITT,**
**Plaintiff,**

**v.**

**HOUSING AND URBAN DEVELOPMENT ET AL**
**Defendants.**

---

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S FRCP 55(a) MOTION FOR ENTRY**
**OF DEFENDANT SHA'S DEFAULT**

---

Defendant Somerville Housing Authority ("SHA" or "Defendant"), by and through their undersigned counsel, respectfully opposes Plaintiff's "FRCP 55(a) Motion for Entry of Defendant SHA's Default." Plaintiff's motion rests on an alleged failure to comply with a scheduling order directing a response to Plaintiff's motion for leave to amend, not on any failure to plead to an operative complaint. Rule 55(a) speaks to a failure to "plead or otherwise defend" as to claims for affirmative relief.

Plaintiff seeks default based on an asserted noncompliance with Doc. 128, which directed a response to a motion for leave to amend (Doc. 114). Responding to a motion seeking permission to file a further pleading is a procedural step distinct from answering or moving against an operative complaint. Unless and until the Court grants leave and Plaintiff files and serves the third amended complaint (which has in fact been opposed by two other parties), there is no obligation for SHA to answer that unfiled pleading. Thus, even accepting Plaintiff's premise of a missed briefing deadline, Rule 55(a) is not triggered because there has been no failure to plead or otherwise defend against operative claims.

Any references to, "a multitude of violations against me" are irrelevant to Plaintiff's motion and unfounded.

The motion should be denied, and Plaintiff's request for a Rule 55(b) hearing should be rejected as premature.

Respectfully submitted,

For Defendant,
Somerville Housing Authority,

By their attorney,

 /s/ J. Elliott Koch

_____
J. Elliott Koch, Esq.
BBO# 687330
Driscoll & Driscoll, P.C.
Post Office Box 301457
Boston, MA 02130
Tel: (508) 674-0020
Fax: (508) 673-3821
Elliott@Drilaw.com

**CERTIFICATE OF SERVICE**

I, J. Elliott Koch, hereby certify that this the 18th day of May 2026, I served a copy of the above via e-file to Dan Howitt, Gayatri R. Deodhar, Stephen, Olivia Rae King Benjamin at, and Shawna.

 /s/ J. Elliott Koch

_____
J. Elliott Koch