US DISTRICT COURT MASSACHUSETTS

_____

Dan Howitz,

       Plaintiff,                                 1:25CV11896IT

v

HUD et al,

          Defendants.
_____

SECOND AND FINAL PLAINTIFF'S MOTION FOR LEAVE TO ADDENDUM THIRD AMENDED COMPLAINT WITH 2 NEW FACTS AND NEW CAUSES OF ACTION THEREOF REGARDING DEFENDANT SHA (THEIR ATTORNEY ELLIOTT KOCH)

1        In Koch's 6/23/26 voucher termination hearing, he verbally engaged in 2 additional instances of disability discrimination in violation of MGL c272 s98 and 42 USC s12132, and IIED, by (a) stating that the ½ of 1% of language that I supplemented my total of 50+ pages of emails to him over the last 2 years with, such as my describing his various abuses of me in particular non-profanity ways, but with use of such words as 'evil', 'sociopathic', etc, are, he states, "threats" and "threatening".  A threat would be a communication that expresses that Koch may be, or will be, harmed.  I have never communicated anything to him that expresses this, and he cannot provide any such communication.  The language that I use is not by definition of threat, and I have never threatened him nor anyone else.  His stating the above is disablist because he clearly thinks that when a disabled person uses such language, despite that the language is not of threat, they are actually engaging in threats, because they are disabled, similar to believing that if a Black person uses such language that they are engaging in threats because they are Black, which is textbook racism.

2        Here Koch is in violation of MGL c272 s98 and 42 USC s12132, and he subjected me to IIED.

3        Moreover, he engaged in the above conduct as a method to terminate my critical voucher, and as such, he committed a tort.

4        Due to the above, I ask for leave to add the above as new facts, and add the above new 4 causes of action

5        Moreover, Koch said in the above hearing that my providing HUD Boston's Kara Norman with his office's street address is a "threat" against him.  The same reasons that I provide above in #1 apply here, and I restate and incorporate #1 here.  In the hearing, he said to the hearing officer that his office's street address is not provided anywhere, and instead that only his office's PO Box number is provided.  However, his office's street address is provided as his identification information in this federal court case, which is where I obtained it from.  Moreover, he said to the hearing officer that there was no reason for me to provided it to the

above Norman, and that I did so with the intent to threaten him.  I provided it to Norman with my complaint against him in case she needed his address for letter-communications.  His believing that (a) my providing his office's street address is a threat against him, and (b) that my providing it to Norman in my email to her is a threat against him, are of textbook disability discrimination, for the same reasons that I provide in #1 above. He clearly assumes, via his disablist mind, that because of disability, such communication is of threat, similar to those who would believe this of a Black person.  He also tried to support his disablism by saying to the hearing officer that his office's street address is not provided anywhere, despite that he knows that he provided it, via manually entering it, in the public docket for this federal case.  As such, his disablism is even more severe, because he tried to argue for it via fraud/deception, similar to those who engage in Lynch activity against Black persons.  His disablism is profound, relentless, and so unrestrained that he confidently expressed in not only in a voucher hearing, but one in which he used his disablism to attempt to have my crucial voucher terminated.

6        Here Koch is in violation of MGL c272 s98 and 42 USC s12132, and he subjected me to IIED.

7        Moreover, he engaged in the above conduct as a method to terminate my critical voucher, and as such, he committed a tort.

8        Due to the above, I ask for leave to add the above as new facts, and add the above new 4 causes of action.


Submitted by,

Dan Howitz, 6/23/26

**Certificate Of Service & FRCP 7.1 Compliance:** Today I served this document via efile to the defendants attorneys. Due to what I present about Koch's in my Temporary Restraining Order action against him, and my other filings, it is no longer possible for me, especially as pro se with limitations, to communicate with him in any way regarding FRCP 7.1.