US DISTRICT COURT MASSACHUSETTS

---

Dan Howitz,

           Plaintiff,                                    1:25CV11896IT

v

HUD et al,

           Defendants.

---

PLAINTIFF'S REPLY TO DEFENDANT SHA'S (KOCH'S) MOTION TO DISMISS (Documents #136-137)

      In my motion for leave to amend (Document 134), in the title, I state "REGARDING DEFENDANT SHA (THEIR ATTORNEY ELLIOTT KOCH)", by which I clearly mean that all of my discussion in that motion about Koch is discussion about him as an agent of SHA, and about the liability of SHA due to him.

Submitted by,

Dan Howitz, 6/26/26

**Certificate Of Service:** Today I served this document via efile to the defendants attorneys.

1